```
                                           FILED: May 20, 2016

                   UNITED STATES COURT OF APPEALS
                       FOR THE FOURTH CIRCUIT
                   _____

                         No. 14-7069
                   (2:13-cv-00375-RAJ-LRL)
                   _____
```

LEE BOYD MALVO,

        Petitioner - Appellant,

    v.

RANDALL MATHENA, Chief Warden, Red Onion State Prison,

        Respondent - Appellee.

```
                   _____

                         No. 14-7070
                   (2:13-cv-00376-RAJ-LRL)
                   _____
```

LEE BOYD MALVO,

        Petitioner - Appellant,

    v.

RANDALL MATHENA, Chief Warden, Red Onion State Prison,

        Respondent - Appellee.

```
                   _____

                           O R D E R
                   _____
```

Randall Mathena moves to remand these appeals to the district court.  We grant the motion and remand these appeals to

the district court for further consideration in light of Montgomery v. Louisiana, 136 S. Ct. 718 (2016).*

Entered at the direction of the panel: Judge Duncan, Judge Diaz, and Judge Thacker.

                                            For the Court

                                            /s/ Patricia S. Connor, Clerk

---

\* The Court does not have a position on Malvo's eligibility for relief.