FILED: May 20, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7069 (L)
(2:13-cv-00375-RAJ-LRL)

_____

LEE BOYD MALVO

    Petitioner - Appellant

v.

RANDALL MATHENA, Chief Warden, Red Onion State Prison

    Respondent - Appellee

_____

No. 14-7070
(2:13-cv-00376-RAJ-LRL)

_____

LEE BOYD MALVO

    Petitioner - Appellant

v.

RANDALL MATHENA, Chief Warden, Red Onion State Prison

    Respondent - Appellee

Case 2:13-cv-00376-RAJ-LRL   Document 31   Filed 05/20/16   Page 2 of 2 PageID# 328

_____

JUDGMENT

_____

In accordance with the decision of this court, these cases are remanded to the district court for further proceedings.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK