**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**LEE BOYD MALVO,**

      Petitioner-Appellee,

v.                                              **CIVIL ACTION NO. 2:13-CV-376**

**RANDALL MATHENA, CHIEF WARDEN,
RED ONION STATE PRISON,**

      Respondent-Appellant.

## NOTICE OF APPEAL

Respondent Warden Randall Mathena, by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of this Court entered on May 26, 2017 (ECF No. 52) and the accompanying memorandum opinion entered on May 26, 2017 (ECF No. 51).

      Respectfully submitted,

      **RANDALL MATHENA, CHIEF WARDEN,
      RED ONION STATE PRISON,**
      Respondent herein

      By: _____/s/_____
      Donald E. Jeffrey, III
      Senior Assistant Attorney General
      Virginia State Bar No. 34844
      Counsel for Respondent
      Office of the Attorney General
      202 North Ninth Street
      Richmond, Virginia 23219
      (804) 786-2071 (telephone)
      (804) 371-0151 (facsimile)
      email: oagcriminallitigation@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system and which will then send a notification of such filing (NEF) to Craig S. Cooley, Esq., P. O. Box 7268, Richmond VA  23221 and to Michael S. Arif, Esq., Arif & Associates, P.C., 3975 University Drive, Suite 360, Springfield VA  22030, counsel for petitioner.

By: _____/s/_____
Donald E. Jeffrey, III
Senior Assistant Attorney General
Virginia State Bar No. 34844
Counsel for Respondent
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 (telephone)
(804) 371-0151 (facsimile)
email:  oagcriminallitigation@oag.state.va.us